IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMES FALKE. | ) |
|     Plaintiffs, | ) |
| | ) |
| vs. | )   No: 4:19-cv-00333 |
| | ) |
| ST. CHARLES COUNTY, | ) |
|   MISSOURI, et. al, | ) |
|     Defendants. | ) |

**JOINT STIPULATION OF DISMISSAL OF DEFENDANTS WITH PREJUDICE**

COMES NOW Plaintiff, James Falke, by and through counsel, and Defendants, St. Charles County, Missouri, Larry Crawford, Daniel Keen, and Michael Crane ("Defendants"), by and through counsel, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A), hereby stipulate and agree that the above-captioned action against all Defendants is dismissed with prejudice. Each party to bear their own costs.

Respectfully Submitted

| | |
|---|---|
| **PLEBAN & PETRUSKA LAW, LLC** | **ST. CHARLES COUNTY COUNSELOR** |
| By:       /s/ J.C. Pleban | By:    /s/Drew A. Heffner |
| J.C. Pleban, MO Bar No. 63166 | Drew A. Heffner, E.D. #54873MO |
| jc@plebanlaw.com | Associate County Counselor |
| Benjamin P. Kates | 100 North Third Street |
| bkates@plebanlaw.com | St. Charles, Missouri 63301 |
| 2010 South Big Bend Blvd. | Telephone:    636/949-7540 |
| St. Louis, MO 63117 | Facsimile:    636/949-7541 |
| (314) 645-6666 - Telephone | Email: dheffner@sccmo.org |
| (314) 645-7376 - Facsimile | *Attorney for Defendants* |
| *Attorneys for Plaintiff* | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was sent to all counsel of record via email this 11th day of June, 2020.

                                           /s/ J.C. Pleban